United States District Court
Southern District of Indiana
Evansville Division

Jessie M. Hartley
Plaintiff

No.

v.

Abigail Cox
Defendant

3:25-cv-173-MPB-CSW

**FILED**
**07/28/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Motion to file
42 U.S.C. §1983 Complaint

Comes now Plaintiff Jessie M. Hartley, Pro Se Moves the Court to enter an order requiring the court to grant Plaintiff Motion to file 42 U.S.C. §1983 Complaint for the following:

On or about Sep 17, 2024 Plaintiff was arrested for Violating a Protection order 26C01-2406-PO-001036 Case Numbers 26D01-2407-CM-000697, 26D01-2407-CM-000699, 26D01-2407-CM-000700, 26D01-2407-CM-000701 On or about October 10, 2024 Plaintiff became a pretrial detainee with No bond at Gibson County Jail, 112 East Emerson Street Princeton, Indiana 47670 Plaintiff was detained for Violating a Protection order 26C01-2406-PO-001036 Case Number 26D01-2409-CM-000996 Plaintiff has the transcripts from Gibson Circuit Court to prove

There was not a protection order granted on or about June 26, 2024 Plaintiff has told Defendant Abigail Cox Deputy Prosecuter and Honorable Robert D. Krieg Gibson Superior court Judge about this Multiple Times.

The Plaintiff seeks the following relief the defendant Pay filing fee and Pay Plaintiff in the Sum of $74,000.00 for violating his rights.

Respectfully Submitted;

Jessie M. Hartley

## Certificate of Service

I hereby certify that on the 20th day of July 2025 the foregoing document was given to a Gibson County confinement officer to be mailed to the following:

Windfield Denton
federal Building
101 N.W. Martin Luther King Jr. Blvd.
Evansville, Indiana 47708



1 of 2

W. D. L. B.
101 N.W. Martin Luther King Jr. Blvd
Evansville, IN 47708